**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Protec RE Holdings Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1485295** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **38 Edge Hill Road**<br>**Waltham, MA 02451**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Protec RE Holdings Inc.**                                    Case number (if known) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | **Protec Instrument Corporation** | | Relationship | **Affiliate** |
| District | **Eastern District of Massachusetts** | When **6/25/19** | Case number, if known | **19-12164** |

| Debtor | **Protec RE Holdings Inc.** | |
|---|---|---|
| | Name | Case number (*if known*) |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Protec RE Holdings Inc.**                                    Case number (*if known*)
          Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                 MM / DD / YYYY

X _____        **Verena Streber**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                 MM / DD / YYYY

**Nina M.  Parker 389990**
Printed name

**Parker and Associates**
Firm name

**10 Converse Place, Suite 201**
**Winchester, MA 01890**
Number, Street, City, State & ZIP Code

Contact phone    **(781)729-0005**        Email address    **nparker@ninaparker.com**

**389990 MA**
Bar number and State

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2016 or tax year

beginning _____ , ending _____

▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

OMB No. 1545-0123

**2016**

**A** Check if:
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consoli- dated return ☐
2 Personal holding co. (attach Sch PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name**
PROTEC RE HOLDINGS INC.

**Number, street, and room or suite no. If a P.O. box, see instructions.**
35 EDGE HILL ROAD

**City or town, state, or province, country, and ZIP or foreign postal code**
WALTHAM, MA  02451

**B** Employer identification number
47-1485295

**C** Date incorporated
07/01/2014

**D** Total assets (see instructions)
$              2,113,930.

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | |
| | b Returns and allowances | 1b | |
| | c Balance. Subtract line 1b from line 1a | 1c | |
| | 2 Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 Dividends (Schedule C, line 19) | 4 | |
| | 5 Interest | 5 | |
| | 6 Gross rents | 6 | 212,246. |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 Other income (attach statement) | 10 | |
| | 11 Total income. Add lines 3 through 10 ▶ | 11 | 212,246. |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (attach Form 1125-E) | 12 | |
| | 13 Salaries and wages (less employment credits) | 13 | 24,167. |
| | 14 Repairs and maintenance | 14 | 14,833. |
| | 15 Bad debts | 15 | |
| | 16 Rents | 16 | |
| | 17 Taxes and licenses          SEE STATEMENT 2 | 17 | 59,172. |
| | 18 Interest | 18 | 100,521. |
| | 19 Charitable contributions | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 71,018. |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 Other deductions (attach statement)          SEE STATEMENT 3 | 26 | 23,186. |
| | 27 Total deductions. Add lines 12 through 26 ▶ | 27 | 292,897. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -80,651. |
| | 29a Net operating loss deduction (see instructions)  STATEMENT 4 | 29a | 0. |
| | b Special deductions (Schedule C, line 20) | 29b | |
| | c Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 Taxable income. Subtract line 29c from line 28. See instructions | 30 | -80,651. |
| | 31 Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | 500. |
| | 33 Estimated tax penalty. Check if Form 2220 is attached ▶ ☐ | 33 | |
| | 34 Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| | 35 Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 500. |
| | 36 Enter amount from line 35 you want: Credited to 2017 estimated tax ▶ 500. Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

COPY

Signature of officer _____  Date _____
Title ▶ PRESIDENT

May the IRS discuss this return with the preparer shown below?
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOHN P. MITCHELL | | 08/24/17 | | P00176977 |

Firm's name ▶ PROVANZANO & MARCHESIANI PC          Firm's EIN ▶ 04-2930395
Firm's address ▶ 607 NORTH AVE STE F
WAKEFIELD, MA 01880-1635          Phone no. (781) 245-1100

611601
12-27-16    JWA    For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2016)

Form 1120 (2016)   PROTEC RE HOLDINGS INC.                                        47-1485295  Page 2

| Schedule C   Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|
| 1  Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2  Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3  Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4  Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5  Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6  Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7  Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8  Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9  Total. Add lines 1 through 8 | | | |
| 10  Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11  Dividends from affiliated group members | | 100 | |
| 12  Dividends from certain FSCs | | 100 | |
| 13  Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, or 12 | | | |
| 14  Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15  Foreign dividend gross-up | | | |
| 16  IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 17  Other dividends | | | |
| 18  Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19  Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4  ▶ | | | |
| 20  Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ........................ ▶ | | | |

Form **1120** (2016)

Form 1120 (2016)   PROTEC RE HOLDINGS INC.                    47-1485295  Page **3**

## Schedule J   Tax Computation and Payment (see instructions)

### Part I - Tax Computation

| | | | |
|---|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ [X] | | |
| 2 | Income tax. Check if a qualified personal service corporation. | | |
| | See instructions ▶ ☐ | **2** | 0. |
| 3 | Alternative minimum tax (attach Form 4626) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method-completed long-term contracts | | |
| | (attach Form 8697) | 9c | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions - attach statement) | 9f | |
| 10 | Total. Add lines 9a through 9f | **10** | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 0. |

### Part II - Payments and Refundable Credits

| | | | |
|---|---|---|---:|
| 12 | 2015 overpayment credited to 2016 | **12** | 500. |
| 13 | 2016 estimated tax payments | **13** | |
| 14 | 2016 refund applied for on Form 4466 | **14** | ( ) |
| 15 | Combine lines 12, 13, and 14 | **15** | 500. |
| 16 | Tax deposited with Form 7004 | **16** | |
| 17 | Withholding (see instructions) | **17** | |
| 18 | Total payments. Add lines 15, 16, and 17 | **18** | 500. |
| 19 | Refundable credits from: | | |
| a | Form 2439 | 19a | |
| b | Form 4136 | 19b | |
| c | Form 8827, line 8c | 19c | |
| d | Other (attach statement - see instructions) | 19d | |
| 20 | Total credits. Add lines 19a through 19d | **20** | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 | **21** | 500. |

## Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method:  a ☐ Cash   b [X] Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 531120 | | |
| b | Business activity ▶ RENTAL | | |
| c | Product or service ▶ COMMERCIAL RENTAL | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| | | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt | | |
| | organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the | | |
| | corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all | | |
| | classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |

Form **1120** (2016)

Form 1120 (2016)  **PROTEC RE HOLDINGS INC.**                                        47-1485295  Page **4**

| Schedule K | Other Information (continued from page 3) |
|---|---|

|  | | Yes | No |
|---|---|---|---|
| **5** At the end of the tax year, did the corporation: | | | |

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions .................. ☐ **X**
If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions .................. ☐ **X**
If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | Yes | No |
|---|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 .................. If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | **X** |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? .................. For rules of attribution, see section 318. If "Yes," enter: | | | **X** |

(i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____
(c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount .................. ▶ ☐
If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____1_____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .................. ▶ ☒
If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election won't be valid.

**12** Enter the available NOL carryover from prior tax years (don't reduce it by any deduction on line 29a.) ▶ $ ___23,161.___

| | | Yes | No |
|---|---|---|---|
| **13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? .................. If "Yes," the corporation isn't required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____ | | | **X** |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions .................. If "Yes," complete and attach Schedule UTP. | | | **X** |
| **15a** Did the corporation make any payments in 2016 that would require it to file Form(s) 1099? .................. | | | **X** |
| **b** If "Yes," did or will the corporation file required Forms 1099? .................. | | | |
| **16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? .................. | | | **X** |
| **17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? .................. | | | **X** |
| **18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? .................. | | | **X** |
| **19** During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? .................. | | | **X** |

611832
12-28-16   JWA                                                                                        Form **1120** (2016)

Form 1120 (2016)  PROTEC RE HOLDINGS INC.                                          47-1485295  Page 5

## Schedule L | Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 12,066. | | 102. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 5 | | 110,724. | | 185,297. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 1,429,689. | | 1,429,689. | |
| b Less accumulated depreciation | ( 87,311 ) | 1,342,378. | ( 149,487 ) | 1,280,202. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 578,793. | | 578,793. |
| 13a Intangible assets (amortizable only) | 77,985. | | 77,985. | |
| b Less accumulated amortization | ( 650 ) | 77,335. | ( 8,449 ) | 69,536. |
| 14 Other assets (att. stmt.) | | | | |
| 15 Total assets | | 2,121,296. | | 2,113,930. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | 400,000. |
| 18 Other current liabilities (att. stmt.) STMT 6 | | 5,220. | | 13,867. |
| 19 Loans from shareholders | | 518,471. | | 201,485. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,594,977. | | 1,567,759. |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 1,000. | 1,000. | 1,000. | 1,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 1,628. | | -70,181. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 2,121,296. | | 2,113,930. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -71,809. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | Tax-exempt interest  $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation ...... $ 8,842. | | |
| a Depreciation ...... $ _____ | | b Charitable contributions ......... $ _____ | | |
| b Charitable contributions ...... $ _____ | | | | |
| c Travel and entertainment ... $ _____ | | | | 8,842. |
| | | 9 Add lines 7 and 8 | | 8,842. |
| 6 Add lines 1 through 5 | -71,809. | 10 Income (page 1, line 28) - line 6 less line 9 | | -80,651. |

## Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 1,628. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -71,809. | b Stock | | |
| 3 Other increases (itemize): _____ | | c Property | | |
| | | 6 Other decreases (itemize): _____ | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -70,181. | 8 Balance at end of year (line 4 less line 7) | | -70,181. |

611631
12-27-16  JWA                                                          Form 1120 (2016)

**SCHEDULE O**
**(Form 1120)**
(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule for a Controlled Group

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.
▶ Information about Schedule O (Form 1120) and its instructions is available at www.irs.gov/form1120.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| PROTEC RE HOLDINGS INC. | 47-1485295 |

## Part I   Apportionment Plan Information

**1** Type of controlled group:
a [X] Parent-subsidiary group
b [ ] Brother-sister group
c [ ] Combined group
d [ ] Life insurance companies only

**2** This corporation has been a member of this group:
a [X] For the entire year.
b [ ] From _____ , until _____ .

**3** This corporation consents and represents to:
a [ ] Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.
b [ ] Amend the current apportionment plan. All the other members of this group are currently amending a previously adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax years.
c [ ] Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not adopting an apportionment plan.
d [ ] Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**4** If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment plan was:
a [ ] Elected by the component members of the group.
b [ ] Required for the component members of the group.

**5** If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's apportionment plan (see instructions).
a [ ] No apportionment plan is in effect and none is being adopted.
b [X] An apportionment plan is already in effect. It was adopted for the tax year ending **DECEMBER 31, 2016** , and for all succeeding tax years.

**6** If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date (including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See instructions.
a [ ] Yes.
(i) [ ] The statute of limitations for this year will expire on _____ .
(ii) [ ] On _____ , this corporation entered into an agreement with the Internal Revenue Service to extend the statute of limitations for purposes of assessment until _____ .
b [X] No. The members may not adopt or amend an apportionment plan.

**7** Required information and elections for component members. Check the applicable box(es) (see instructions).
a [ ] The corporation will determine its tax liability by applying the maximum tax rate imposed by section 11 to the entire amount of its taxable income.
b [ ] The corporation and the other members of the group elect the FIFO method (rather than defaulting to the proportionate method) for allocating the additional taxes for the group imposed by section 11(b)(1).
c [ ] The corporation has a short tax year that does not include December 31.

For Paperwork Reduction Act Notice, see Instructions for Form 1120.

Schedule O (Form 1120) (Rev. 12-2012)

613335 04-01-16  JWA

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| PROTEC RE HOLDINGS INC. | 47-1485295 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 | CORPORATION | UNITED STATES | 100.00% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

617701
04-01-16   JWA

Schedule G (Form 1120) (Rev. 12-2011)

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property) R-   1 | | OMB No. 1545-0172<br>**2016** |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service  (99) | ▶ Attach to your tax return.<br>▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*. | | Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PROTEC RE HOLDINGS INC. | COMMERCIAL REAL ESTATE | 47-1485295 |

**Part I**  Election To Expense Certain Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2015 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2017. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III**  MACRS Depreciation (Don't include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2016 | 17 | 71,018. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2016 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2016 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 71,018. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

616251 12-21-16   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**                    Form **4562** (2016)

Form 4562 (2016)    PROTEC RE HOLDINGS INC.    47-1485295  Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L · | | | |
| | : : | % | | | S/L · | | | |
| | : : | % | | | S/L · | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2016 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2016 tax year | | | | 43 | 7,799. |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | 7,799. |

616252 12-21-16                                                                 Form 4562 (2016)

**2016 DEPRECIATION AND AMORTIZATION REPORT**

COMMERCIAL REAL ESTATE

R-    1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction in Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAND | 08/08/14 | L | | | | 578,793. | | | | 578,793. | | | 0. | |
| 2 | BUILDING | 08/08/14 | SL | 39.00 | MM | 17 | 1,158,911. | | | | 1,158,911. | 40,860. | | 29,716. | 70,576. |
| 3 | LAND IMPROVEMENTS | 08/08/14 | 150DB | 15.00 | HY | 17 | 96,744. | | | | 96,744. | 11,852. | | 8,489. | 20,341. |
| 4 | EQUIPMENT | 08/08/14 | 200DB | 7.00 | HY | 17 | 124,418. | | | | 124,418. | 41,896. | | 23,578. | 65,474. |
| 5 | EQUIPMENT | 08/08/14 | 200DB | 5.00 | HY | 17 | 36,972. | | | | 36,972. | 17,007. | | 7,986. | 24,993. |
| 6 | LOAN COSTS | 11/20/15 | 461 | 120M | | 43 | 77,985. | | | | 77,985. | 650. | | 7,799. | 8,449. |
| 7 | IMPROVEMENTS | 11/30/15 | 150DB | 15.00 | MQ | 17 | 12,644. | | | | 12,644. | 158. | | 1,249. | 1,407. |
|  | * TOTAL RENTAL DEPRECIATION & AMORT | | | | | | 2,086,467. | | | | 2,086,467. | 112,423. | | 78,817. | 191,240. |

628111 04-01-16

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

Name: PROTEC RE HOLDINGS INC.                    I.D. Number  47-1485295

## Income (Loss) From Other Rental Activities

**1**   Show the kind and location of each rental property.

**A**   COMMERCIAL REAL ESTATE
35 EDGE HILL ROAD, WALTHAM, MA 02451

**B**

**C**

**D**

| Rental Income | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **2** Gross rents | 2 | 212,246. | | | |
| **Rental Expenses** | | | | | |
| **3** Advertising | 3 | | | | |
| **4** Auto and travel | 4 | | | | |
| **5** Cleaning and maintenance | 5 | | | | |
| **6** Commissions | 6 | | | | |
| **7** Insurance | 7 | 12,428. | | | |
| **8** Legal and other professional fees | 8 | | | | |
| **9** Interest | 9 | 100,521. | | | |
| **10** Repairs | 10 | 14,833. | | | |
| **11** Taxes | 11 | 59,172. | | | |
| **12** Utilities | 12 | 1,509. | | | |
| **13** Wages and salaries | 13 | 24,167. | | | |
| **14** Depreciation | 14 | 71,018. | | | |
| **15** Other (list) ▶ STMT 7 | 15 | 9,249. | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | 16 | 292,897. | | | |

| | | |
|---|---|---|
| **17** Total gross rents. Add gross rents from line 2, columns A through D | 17 | 212,246. |
| **18** Total expenses. Add total expenses from line 16, columns A through D | 18 | 292,897. |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from disposition of property from other rental activities | 19 | |
| **20** Net income (loss) from other rental(s) | 20 | -80,651. |

Election to Waive the Net Operating Loss Carryback Period

Protec Re Holdings Inc.
35 Edge Hill Road
Waltham, MA  02451

Employer Identification Number:  47-1485295

For the Year Ending December 31, 2016

Protec Re Holdings Inc. hereby Elects, pursuant to Sec. 172(b)(3)
of the Internal Revenue Code, to relinquish the entire carryback
period with respect to the net operating loss incurred for the
tax year ended December 31, 2016, and will have such loss
available for carryforward only.

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Protec Re Holdings Inc.
35 Edge Hill Road
Waltham, MA   02451

Employer Identification Number:   47-1485295

For the Year Ending December 31, 2016

Protec Re Holdings Inc. is making the de minimis safe harbor
election under Reg. Sec. 1.263(a)-1(f).

Section 1.263(a)-3(h) Safe Harbor Election for Small Taxpayers

Protec Re Holdings Inc.
35 Edge Hill Road
Waltham, MA   02451

Employer Identification Number:   47-1485295

For the Year Ending December 31, 2016

PROTEC RE HOLDINGS INC. is making the safe harbor election under
Reg. Sec. 1.263(a)-3(h) for the following eligible building
property(s).

Description of Eligible Property(s):

Commercial rental 35
edge hill rd waltham ma

PROTEC RE HOLDINGS INC.                                              47-1485295

**Statement of Consent to Apportionment Plan**
**Under IRC Sec. 179(d)(6). As amended.**

The undersigned corporations hereby consent to the following apportionment plan with respect to December 31, <u>2016</u>
Under Internal Revenue Code Section 179(d)(6), as amended by P.L. 97-34, as it applies to tax years beginning after
December 31, 1980.

| Group Member's Name and Employer Identification Number | | Tax Year End | Section 179 Apportionment | |
| --- | --- | --- | --- | --- |
| | | | Cost of Property | Expensed Cost |
| 1. PROTEC RE HOLDINGS INC. | 47-1485295 | 12/31/16 | 0. | 0. |
| 2. PROTEC INSTRUMENT CORPORATION | 46-3942397 | 12/31/16 | 500,000. | 2000000. |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

The original of this election is filed with the Internal Revenue Service at: <u>CINCINNATI, OH</u>
together with the tax return of _____
filing for a taxable year including December 31. All other corporations are including a copy of this consent with their returns.

1. _____
   (Name of corporation)                    By                         Title

2. _____
   (Name of corporation)                    By                         Title

3. _____
   (Name of corporation)                    By                         Title

4. _____
   (Name of corporation)                    By                         Title

5. _____
   (Name of corporation)                    By                         Title

6. _____
   (Name of corporation)                    By                         Title

613781
04-01-16

PROTEC RE HOLDINGS INC.

47-1485295

| | FOOTNOTES | STATEMENT | 1 |

PURSUANT TO INTERNAL REVENUE CODE TEMPORARY REGULATIONS
SECTION 1.382-2T(A)(2)(II) THE FOLLOWING IS PROVIDED
A) THERE WERE NO TESTING DATES DURING THE YEAR.

PROTEC RE HOLDINGS INC.

47-1485295

| FORM 1120 | TAXES AND LICENSES | STATEMENT | 2 |

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES FROM RENT AND ROYALTIES | 59,172. |
| TOTAL TO FORM 1120, LINE 17 | 59,172. |

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER RENT & ROYALTY EXPENSES | 23,186. |
| TOTAL TO FORM 1120, LINE 26 | 23,186. |

| | NET OPERATING LOSS DEDUCTION | | STATEMENT | 4 |

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/15 | 23,161. | | 23,161. | 23,161. |
| NOL AVAILABLE THIS YEAR | | | 23,161. | 23,161. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT | 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CIP | 110,724. | 185,297. |
| TOTAL TO SCHEDULE L, LINE 6 | 110,724. | 185,297. |

STATEMENT(S) 2, 3, 4, 5

PROTEC RE HOLDINGS INC.                                                47-1485295

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT | 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 5,220. | 13,867. |
| TOTAL TO SCHEDULE L, LINE 18 | 5,220. | 13,867. |

| OTHER RENTAL EXPENSES | STATEMENT | 7 |

PROPERTY:      COMMERCIAL REAL ESTATE

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION | 7,799. |
| SNOW REMOVAL | 1,450. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 9,249. |

**2016 DEPRECIATION AND AMORTIZATION REPORT**

**- CURRENT YEAR FEDERAL - PROTEC RE HOLDINGS INC.**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAND | 080814 | L | | | 578,793. | | | 578,793. | | | 0. |
| 2 | BUILDING | 080814 | SL | 39.00 | 17 | 1158911. | | | 1158911. | 40,860. | | 29,716. |
| 3 | LAND IMPROVEMENTS | 080814 | 150DB | 15.00 | 17 | 96,744. | | | 96,744. | 11,852. | | 8,489. |
| 4 | EQUIPMENT | 080814 | 200DB | 7.00 | 17 | 124,418. | | | 124,418. | 41,896. | | 23,578. |
| 5 | EQUIPMENT | 080814 | 200DB | 5.00 | 17 | 36,972. | | | 36,972. | 17,007. | | 7,986. |
| 6 | LOAN COSTS | 112015 | 461 | 120M | 43 | 77,985. | | | 77,985. | 650. | | 7,799. |
| 7 | IMPROVEMENTS | 113015 | 150DB | 15.00 | 17 | 12,644. | | | 12,644. | 158. | | 1,249. |
| | * TOTAL RENTAL DEPRECIATION & AMOR | | | | | 2086467. | | | 2086467. | 112,423. | | 78,817. |

628102 04-01-16                                    (D) - Asset disposed                    * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**Fill in this information to identify the case:**

Debtor name       **Protec RE Holdings Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2019**           X **/s/ Verena Streber**
                                              Signature of individual signing on behalf of debtor

                                           **Verena Streber**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Protec RE Holdings Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **-NONE-** | | | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Protec RE Holdings Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

Part 1:   **Summary of Assets**

---

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **2,170,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $   **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $   **2,170,000.00**

---

Part 2:   **Summary of Liabilities**

---

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **1,587,264.99**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   **871,706.01**

4.   **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b                                                                    $   **2,458,971.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Protec RE Holdings Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Berkshire Bank** | **Checking Account** | **5095** | $0.00 |
| 3.2. | **City National Bank of Florida** | **Checking** | | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $0.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Protec RE Holdings Inc.**_____      Case number *(If known)* _____
Name

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **38-40 Edge Hill Road, Waltham, Massachusetts** | Fee Simple | $0.00 | Appraisal | $2,170,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $2,170,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor    **Protec RE Holdings Inc.**                            Case number *(If known)* _____
Name

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor   **Protec RE Holdings Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $2,170,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $2,170,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,170,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Protec RE Holdings Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $1,525,736.24 | $2,170,000.00 |
|---|---|---|---|---|

Creditor's Name

**One Van de Graaff Drive, Suite 202
Burlington, MA 01803**

**38-40 Edge Hill Road, Waltham, Massachusetts**

Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/20/2015**

**Last 4 digits of account number**
**1861**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **City of Waltham** | Describe debtor's property that is subject to a lien | $60,160.86 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Office of the Tax Collector
610 Main STreet
Waltham, MA 02452**

**Property Tax**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Protec RE Holdings Inc. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Waltham** | Describe debtor's property that is subject to a lien | $732.48 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Water and Sewer Department**
**119 School Street, #10**
**Waltham, MA 02452**

Creditor's mailing address

Describe the lien
**Water & Sewer**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **City of Waltham Fire Service** | Describe debtor's property that is subject to a lien | $635.41 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Fire Services**

**175 Lexington Street**
**Lexington, MA 02420**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,587,264.99 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

| Debtor | **Protec RE Holdings Inc.** | Case number (if know) | |
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Courtney, Lee and Hamel P.C.**<br>**31 Wendell Avenue**<br>**Pittsfield, MA 01201** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name **Protec RE Holdings Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871,706.01 |
|---|---|---|---|
| | **Protec Instrument Corp.**<br>**38 Edge Hill Road**<br>**Waltham, MA 02451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Leaseholde Improvements** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $        871,706.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        871,706.01 |

**Fill in this information to identify the case:**

Debtor name        **Protec RE Holdings Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement - 38 Edge Hill Road, Waltham, Massachusetts** |
| State the term remaining | |
| List the contract number of any government contract   _____ | **Protec Instrument Corporation 38 Edge Hill Road Waltham, MA 02451** |

**Fill in this information to identify the case:**

Debtor name    **Protec RE Holdings Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Protec Instrument Corporation** | **38 Edge Hill Road Waltham, MA 02451** | **Berkshire Bank** | ■ D    2.1 <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Protec RE Holdings Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
    | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
    | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$212,246.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Protec RE Holdings Inc.**                                             Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Protec RE Holdings Inc.**                                                       Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Parker and Associates**<br>**10 Converse Place, Suite 201**<br>**Winchester, MA 01890** | **Attorney Fees** | **6/24/2019** | **$0.00** |
| | Email or website address<br>**nparker@ninaparker.com** | | | |
| | Who made the payment, if not debtor?<br>**V. Streber** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | **Protec RE Holdings Inc.** | Case number *(if known)* |
|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table><tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr></table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

<table><tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr></table>

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<table><tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr></table>

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Protec RE Holdings Inc.**                                    Case number *(if known)*

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | John P. Mitchell<br>Provanzano and Marchesiani PC<br>333 North Avenue, #4B<br>Wakefield, MA 01880 | April, 2014 to<br>Present |

---

Debtor    **Protec RE Holdings Inc.**                                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2. **Joyce Harty**<br>**20 Whitehall Road**<br>**East Kingston, NH 03827** | **April, 2014 to**<br>**Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **John Mitchell, CPA**<br>**Provanzano & Marchesiani**<br>**333 North Avenue, #4B**<br>**Wakefield, MA 01880** | **April, 2014 to**<br>**Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Protec Instrument Corp.** | **38 Edge Hill Road**<br>**Waltham, MA 02451** | **Owner** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Verena Streber** | **c/o 38 Edgehill Road**<br>**Waltham, MA 02451** | **President and CEO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Protec RE Holdings Inc.**                                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Pavel Streber** | | **Director** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2019**

**/s/ Verena Streber**                                          **Verena Streber**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### District of Massachusetts

In re   **Protec RE Holdings Inc.**                                          Case No.
                                        Debtor(s)            Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Protec Instrument Corporation**<br>**38 Edge Hill Road**<br>**Waltham, MA 02451** | | | **100% Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 25, 2019**                        Signature   **/s/ Verena Streber**
                                                            **Verena Streber**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Massachusetts

In re    **Protec RE Holdings Inc.**                                          Case No.
                                         Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 25, 2019**                        **/s/ Verena Streber**
                                        **Verena Streber/President**
                                        Signer/Title

Berkshire Bank
One Van de Graaff Drive, Suite 202
Burlington, MA 01803

City of Waltham
Office of the Tax Collector
610 Main STreet
Waltham, MA 02452

City of Waltham
Water and Sewer Department
119 School Street, #10
Waltham, MA 02452

City of Waltham Fire Service
175 Lexington Street
Lexington, MA 02420

Courtney, Lee and Hamel P.C.
31 Wendell Avenue
Pittsfield, MA 01201

Protec Instrument Corp.
38 Edge Hill Road
Waltham, MA 02451

Protec Instrument Corporation
38 Edge Hill Road
Waltham, MA 02451

# United States Bankruptcy Court
### District of Massachusetts

In re  **Protec RE Holdings Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Protec RE Holdings Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Protec Instrument Corporation
38 Edge Hill Road
Waltham, MA 02451**

☐ None [*Check if applicable*]

June 25, 2019

Date

/s/ Nina M.  Parker

**Nina M.  Parker 389990**

Signature of Attorney or Litigant

Counsel for    **Protec RE Holdings Inc.**

**Parker and Associates
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005 Fax:(781)729-0187
nparker@ninaparker.com**